1  HEATHER E. WILLIAMS, CA SBN 122664
   Federal Defender
2  HOPE ALLEY, CA SBN 314109
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   OSCAR HERNANDEZ
7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          Case No. 1:18-mj-00168-BAM-1

12          Plaintiff,                 **STIPULATION TO CONTINUE**
                                       **PRELIMINARY HEARING; ORDER**
13 vs.
                                       Date:   November 9, 2018
14 OSCAR HERNANDEZ,                    Time:  2:00 p.m.
                                       Judge: Hon. Erica P. Grosjean
15          Defendant.

16 _____

17         **IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES**, Assistant

18 United States Attorney Jeffrey Spivak, counsel for plaintiff, and Assistant Federal Defender Hope

19 Alley, counsel for Oscar Hernandez, that the preliminary hearing currently scheduled for October

20 9, 2018, be continued to November 9, 2018, at 2:00 p.m.

21         Mr. Hernandez made an initial appearance on a Criminal Complaint on September 25,

22 2018.  This matter is currently scheduled for a preliminary hearing on October 9, 2018, fourteen

23 days after the initial appearance.  Because the defendant is not in custody, Federal Rule of Criminal

24 Procedure 5.1(c) allows for scheduling of a preliminary hearing twenty-one days after the initial

25 appearance.  But Rule 5.1(d) also provides that the time limits may be extended "one or more

26 times" with the defendant's consent and a showing of good cause. Here, the parties agree that there

27 is good cause for the extension, as the parties are exploring different options for proceeding in this

28 matter. Accordingly, the parties request that a preliminary hearing be continued to November 9,

1   2018.  The parties agree that time shall be excluded through the date of the November 9, 2018

2   hearing, pursuant to 18 U.S.C. § 3161(h)(7)(A).

3                                    Respectfully submitted,

4                                    HEATHER E. WILLIAMS
5                                    Federal Defender

6

7   Date: October 1, 2018           /s/ Hope Alley
                                     HOPE ALLEY
8                                    Assistant Federal Defender
                                     Attorney for Defendant
9                                    OSCAR HERNANDEZ

10

11                                   McGREGOR W. SCOTT
                                     United States Attorney
12

13  Date: October 1, 2018           /s/ Jeffrey Spivak
                                     JEFFREY SPIVAK
14                                   Assistant United States Attorney

15

16

17                               **O R D E R**

18          **GOOD CAUSE APPEARING,** the Court hereby continues the preliminary hearing

19  currently set for October 9, 2018 be continued November 9, 2018 at 2:00 pm before Magistrate

20  Judge Stanley A. Boone.  Time is excluded under 18 U.S.C. § 3161(h)(7)(A).  The Court finds

21  that good cause for the continuance exists and that the ends of justice outweigh the interest of the

22  public and the defendant in a speedy trial.

23

24  IT IS SO ORDERED.

25
        Dated:   **October 2, 2018**                    /s/ Erica P. Grosjean
26                                                 UNITED STATES MAGISTRATE JUDGE

27

28