HEATHER E. WILLIAMS, CA SBN 122664
Federal Defender
HOPE ALLEY, CA SBN 314109
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
OSCAR HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:18-mj-00168-BAM-1 |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE PRELIMINARY HEARING; ORDER** |
| vs. | Date:  December 14, 2018 |
| OSCAR HERNANDEZ, | Time:  2:00 p.m. |
| Defendant. | Judge: Hon. Sheila K. Oberto |

**IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES**, Assistant United States Attorney Jeffrey Spivak, counsel for plaintiff, and Assistant Federal Defender Hope Alley, counsel for Oscar Hernandez, that the preliminary hearing currently scheduled for November 9, 2018 be continued to December 14, 2018 at 2:00 p.m.

Mr. Hernandez made an initial appearance on a Criminal Complaint on September 25, 2018.  Federal Rule of Criminal Procedure 5.1(d) provides that the time limit requiring a preliminary hearing within 21 days of the initial appearance may be extended "one or more times" with the defendant's consent and a showing of good cause. Here, the parties agree that there is good cause for the extension, as the parties are exploring different options for proceeding in this matter. Accordingly, the parties request that a preliminary hearing be continued to December 14, 2018.  The parties agree that time shall be excluded through the date of the December 14, 2018 hearing, pursuant to 18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: November 2, 2018    */s/ Hope Alley*
HOPE ALLEY
Assistant Federal Defender
Attorney for Defendant
OSCAR HERNANDEZ


McGREGOR W. SCOTT
United States Attorney


Date: November 2, 2018    */s/ Jeffrey Spivak*
JEFFREY SPIVAK
Assistant United States Attorney

## **O R D E R**

**GOOD CAUSE APPEARING,** the Court hereby continues the preliminary hearing currently set for November 9, 2018 to December 14, 2018 at 2 p.m. Time is excluded under 18 U.S.C. § 3161(h)(7)(A). The Court finds that good cause for the continuance exists and that the ends of justice outweigh the interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   **November 2, 2018**

UNITED STATES MAGISTRATE JUDGE