HEATHER E. WILLIAMS, CA SBN 122664
Federal Defender
ERIN M. SNIDER, CA SBN 304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
OSCAR HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>OSCAR HERNANDEZ,<br><br>Defendant. | Case No. 1:18-mj-00168-BAM-1<br><br>**STIPULATION TO CONTINUE PRELIMINARY HEARING; ORDER**<br><br>Date:  May 31, 2019<br>Time:  2:00 p.m.<br>Judge: Hon. Barbara A. McAuliffe |

**IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES**, Assistant United States Attorney Jeffrey Spivak, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Oscar Hernandez, that the preliminary hearing currently scheduled for April 26, 2019, be continued to May 31, 2019 at 2:00 p.m.

Mr. Hernandez made an initial appearance on a Criminal Complaint on September 25, 2018. Federal Rule of Criminal Procedure 5.1(d) provides that the time limit requiring a preliminary hearing within 21 days of the initial appearance may be extended "one or more times" with the defendant's consent and a showing of good cause. Here, the parties agree that there is good cause for the extension, as the parties are exploring different options for proceeding in this matter. Accordingly, the parties request that the preliminary hearing be continued to May 31, 2019. The parties agree that time shall be excluded through the date of the May 31, 2019 hearing, pursuant to 18 U.S.C. § 3161(h)(7)(A).

                                          Respectfully submitted,

                                          HEATHER E. WILLIAMS
                                          Federal Defender

Date: April 19, 2019                    */s/ Erin Snider*
                                          ERIN SNIDER
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          OSCAR HERNANDEZ


                                          McGREGOR W. SCOTT
                                          United States Attorney


Date: April 19, 2019                    */s/ Jeffrey Spivak*
                                          JEFFREY SPIVAK
                                          Assistant United States Attorney
                                          Attorney for Plaintiff


## **O R D E R**

**GOOD CAUSE APPEARING,** the Court hereby continues the preliminary hearing currently set for April 26, 2019, to May 31, 2019 at 2:00 p.m. before Magistrate Judge Barbara A. McAuliffe. Time is excluded under 18 U.S.C. § 3161(h)(7)(A). The Court finds that good cause for the continuance exists and that the ends of justice outweigh the interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  **April 22, 2019**                      /s/ *Barbara A. McAuliffe*
                                                UNITED STATES MAGISTRATE JUDGE