1   HEATHER E. WILLIAMS, CA SBN 122664
    Federal Defender
2   ERIN M. SNIDER, CA SBN 304781
    Assistant Federal Defender
3   Office of the Federal Defender
    2300 Tulare Street, Suite 330
4   Fresno, CA  93721-2226
    Telephone: (559) 487-5561
5   Fax: (559) 487-5950

6   Attorney for Defendant
    OSCAR HERNANDEZ

7

8                   IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            Case No. 1:18-mj-00168-BAM-1

12          Plaintiff,                   **STIPULATION TO CONTINUE
                                         PRELIMINARY HEARING; ORDER**
13  vs.
                                         Date:  July 12, 2019
14  OSCAR HERNANDEZ,                     Time:  2:00 p.m.
                                         Judge: Hon. Sheila K. Oberto
15          Defendant.

16

17          **IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES**, Assistant

18  United States Attorney Jeffrey Spivak, counsel for plaintiff, and Assistant Federal Defender Erin

19  Snider, counsel for Oscar Hernandez, that the preliminary hearing currently scheduled for May

20  31, 2019, be continued to July 12, 2019 at 2:00 p.m.

21          Mr. Hernandez made an initial appearance on a Criminal Complaint on September 25,

22  2018. Federal Rule of Criminal Procedure 5.1(d) provides that the time limit requiring a

23  preliminary hearing within 21 days of the initial appearance may be extended "one or more

24  times" with the defendant's consent and a showing of good cause. Here, the parties agree that

25  there is good cause for the extension, as the parties are exploring different options for proceeding

26  in this matter. Accordingly, the parties request that the preliminary hearing be continued to July

27  12, 2019. The parties agree that time shall be excluded through the date of the May 31, 2019

28  hearing, pursuant to 18 U.S.C. § 3161(h)(7)(A).

1

Respectfully submitted,

2

HEATHER E. WILLIAMS
Federal Defender

3

4     Date: May 28, 2019

*/s/ Erin Snider*
ERIN SNIDER

5

Assistant Federal Defender
Attorney for Defendant

6

OSCAR HERNANDEZ

7

McGREGOR W. SCOTT

8

United States Attorney

9

10    Date: May 28, 2019

*/s/ Jeffrey Spivak*
JEFFREY SPIVAK

11

Assistant United States Attorney
Attorney for Plaintiff

12

13

14                                    **O R D E R**

15        **GOOD CAUSE APPEARING,** the Court hereby continues the Preliminary Hearing

16    currently set for May 31, 2019, to July 12, 2019 at 2:00 p.m. before Magistrate Judge Sheila K.

17    Oberto. Time is excluded under 18 U.S.C. § 3161(h)(7)(A). The Court finds that good cause for

18    the continuance exists and that the ends of justice outweigh the interest of the public and the

19    defendant in a speedy trial.

20

21    IT IS SO ORDERED.

22        Dated:   **May 28, 2019**                      /s/ *Barbara A. McAuliffe*

23                                                        UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28

2