1  PHILLIP A. TALBERT
   United States Attorney
2  JEFFREY A. SPIVAK
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone:  (559) 497-4000
   Facsimile:   (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT
9
                      EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,              CASE NO.  1:19-CR-00183-DAD-BAM

12                       Plaintiff,        STIPULATION REGARDING EXCLUDABLE
                                           TIME PERIODS UNDER SPEEDY TRIAL ACT;
13             v.                          AND ORDER

14  OSCAR HERNANDEZ                        DATE: April 28, 2022
                                           TIME: 1:00 p.m.
15                       Defendant.        COURT: Hon. Barbara A. McAuliffe

16

17        This case is set for status conference on April 28, 2021.  As set forth below, the parties now

18  move, by stipulation, to continue the status conference to July 27, 2022, and to exclude the time period

19  between April 28, 2022 and July 27, 2022 under the Speedy Trial Act.  The parties are continuing to

20  work to resolve the case and Defendant is continuing to gather and present mitigation information he

21  believes the government should consider for case resolution purposes.  While the parties previously

22  indicated they would be ready to set trial at the April 28, 2022 status conference if the case did not

23  resolve, the parties need a bit more time to resolve the case.  The parties believe that with one additional

24  conference in July 27, 2022, the parties will be able to resolve the case with out the need to set trial.

25                                    **STIPULATION**

26        Plaintiff United States of America, by and through its counsel of record, and defendant, by and

27  through defendant's counsel of record, hereby stipulate as follows:

28        1.      By previous order, this matter was set for status on April 28, 2022.

STIPULATION REGARDING EXCLUDABLE TIME                1
PERIODS UNDER SPEEDY TRIAL ACT

1   2.      By this stipulation, defendant now moves to continue the status conference until July 27,

2   2022, and to exclude time between April 28, 2022, and July 27, 2022, under Local Code T4.

3   3.      The parties agree and stipulate, and request that the Court find the following:

4   a)      The government has represented that the discovery associated with this case is

5   voluminous and includes investigative reports from both ATF and HSI, many hours of

6   recordings of controlled purchases, numerous surveillance reports and pictures, and expert

7   reports regarding the firearms in this case.  All of this discovery has been either produced

8   directly to counsel and/or made available for inspection and copying.

9   b)      Counsel for defendant desires additional time to consult with his client, review the

10   charges, conduct investigation and research, review discovery and discuss potential resolution of

11   the case.  Specifically, since the last continuance, the parties have held discussions about

12   resolution of the case.  Defense counsel is continuing to gather additional mitigation information

13   which counsel believes supports a modified plea offer in this matter.

14   c)      Counsel for defendant believes that failure to grant the above-requested

15   continuance would deny him/her the reasonable time necessary for effective preparation, taking

16   into account the exercise of due diligence.

17   d)      The government does not object to the continuance.

18   e)      Based on the above-stated findings, the ends of justice served by continuing the

19   case as requested outweigh the interest of the public and the defendant in a trial within the

20   original date prescribed by the Speedy Trial Act.

21   f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

22   et seq., within which trial must commence, the time period of April 28, 2022 to July 27, 2022,

23   inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]

24   because it results from a continuance granted by the Court at defendant's request on the basis of

25   the Court's finding that the ends of justice served by taking such action outweigh the best interest

26   of the public and the defendant in a speedy trial.

27   4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

28   Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

1   must commence.

2          IT IS SO STIPULATED.

3

4

5   Dated:  April 19, 2022                          PHILLIP A. TALBERT
                                                    Acting United States Attorney

6

7                                                   /s/ JEFFREY A. SPIVAK
                                                    JEFFREY A. SPIVAK
                                                    Assistant United States Attorney
8

9

10  Dated:  April 19, 2022                          /s/ Marc Days
                                                    Marc Days
11                                                  Counsel for Defendant
                                                    OSCAR HERNANDEZ
12

13

14                                    **ORDER**

15          IT IS SO ORDERED that the status conference is continued from April 27, 2022, to **July 27, 2022,**

16  **at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 U.S.C.§

17  3161(h)(7)(A), B(iv). The Court intends to set a trial date at the next status conference.  If the parties do

18  not resolve the case in advance of the next status conference, they shall be prepared to set a trial date at

19  the status conference hearing.

20

21  IT IS SO ORDERED.

22      Dated:   **April 21, 2022**                 /s/ Barbara A. McAuliffe

23                                                  UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28

STIPULATION REGARDING EXCLUDABLE TIME                          3
PERIODS UNDER SPEEDY TRIAL ACT