PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OSCAR HERNANDEZ,<br><br>Defendant. | CASE NO. 1:19-CR-00183-ADA-BAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; AND ORDER<br><br>DATE: October 26, 2022<br>TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

This case is set for status conference and trial setting conference on October 26, 2022.

As set forth below, the parties now request, by stipulation, that the Court vacate the October 26, 2022 status conference, set the matter for a jury trial on November 14, 2023 at 8:30 am before the Honorable Ana De Alba, set a trial confirmation hearing on October 16, 2023 at 8:30 am, and exclude the time period between October 26, 2022 and November 14, 2023 under the Speedy Trial Act.  The parties believe that this case should resolve, but request the matter be set for trial.  Defense counsel needs time to prepare the matter for trial, to continue to research and discuss mitigation information with the government, and to accommodate counsel's schedule.  Defendant is not in custody and in compliance with the terms of his pretrial release.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.     By previous order, this matter was set for status on October 26, 2022.

2.     By this stipulation, defendant now moves to continue the status conference until November 14, 2023, and to exclude time between October 26, 2022, and November 14, 2023, under Local Code T4.

3.     The parties agree and stipulate, and request that the Court find the following:

    a)     The government has represented that the discovery associated with this case is voluminous and includes investigative reports from both ATF and HSI, many hours of recordings of controlled purchases, numerous surveillance reports and pictures, and expert reports regarding the firearms in this case.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b)     Counsel for defendant desires additional time to consult with his client, review the charges, conduct investigation and research, review discovery and discuss potential resolution of the case.  Additionally the parties continue to engage in discussions about resolution of the case. Defense counsel has gathered substantial mitigation information which counsel believes supports a modified plea offer in this matter.

    c)     Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d)     The government does not object to the continuance.

    e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 26, 2022 to November 14, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: October 14, 2022                                PHILLIP A. TALBERT
                                                       United States Attorney


                                                       /s/ JEFFREY A. SPIVAK
                                                       JEFFREY A. SPIVAK
                                                       Assistant United States Attorney


Dated: October 14, 2022                                /s/ Marc Days
                                                       Marc Days
                                                       Counsel for Defendant
                                                       OSCAR HERNANDEZ

## **ORDER**

IT IS SO ORDERED that the status conference set for October 26, 2022, is vacated. A jury trial is set for **November 14, 2023, at 8:30 a.m. before District Judge Ana de Alba**. Estimated time of trial is **3 days**. A trial confirmation is set for **October 17, 2023, at 8:30 a.m. before District Judge Ana de Alba**. Time is excluded through trial pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **October 14, 2022**                          /s/ Barbara A. McAuliffe
                                                       UNITED STATES MAGISTRATE JUDGE

STIPULATION REGARDING EXCLUDABLE TIME                           3
PERIODS UNDER SPEEDY TRIAL ACT