PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>　　　　　　　　Plaintiff, <br><br>　　　v. <br><br>OSCAR HERNANDEZ, <br><br>　　　　　　　　Defendant. | CASE NO. 1:19-CR-00183-ADA-BAM <br><br> STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER <br><br> TRIAL DATE: November 14, 2023 <br> TIME: 8:30 a.m. <br> COURT: Hon. Ana De Alba |

This case is set for jury trial on November 14, 2023 and trial confirmation hearing on October 17, 2023.

On August 21, 2023, the United States formally recommended to the Pretrial Services Office that the case be considered for pretrial diversion. The United States, the Defendant, and Pretrial are conducting investigation and evaluation to determine whether the Defendant may be acceptable for pretrial diversion, and need additional time to conduct that investigation and evaluation.

As set forth below, the parties now request, by stipulation, that the Court vacate the November 14, 2023 trial (and October 17, 2023 trial confirmation hearing), set the matter for status conference before the Magistrate Judge on December 13, 2023 at 1:00 pm, and exclude time between today's date and December 13, 2023 under the Speedy Trial Act.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for jury trial on November 14, 2023 and trial confirmation hearing on October 17, 2023

2. By this stipulation, defendant now moves to vacate the trial date and trial confirmation hearing and set the case for status conference on December 13, 2023, and to exclude time between today's date and December 13, 2023, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case is voluminous and includes investigative reports from both ATF and HSI, many hours of recordings of controlled purchases, numerous surveillance reports and pictures, and expert reports regarding the firearms in this case. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

   b) On August 21, 2023, the United States recommended to the Pretrial Services Office that the case considered for pretrial diversion. The United States, the Defendant, and Pretrial are conducting investigation and evaluation to determine whether the Defendant may be acceptable for pretrial diversion, and need additional time to conduct that investigation.

   c) Counsel for defendant desires additional time to consult with his client, review the charges, conduct investigation and research, review discovery and discuss potential resolution of the case.

   d) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   e) The government does not object to the continuance.

   f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time between today's date and December 13,

2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  September 7, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ JEFFREY A. SPIVAK
JEFFREY A. SPIVAK
Assistant United States Attorney

Dated:  September 7, 2023

/s/ Marc Days
Marc Days
Counsel for Defendant
OSCAR HERNANDEZ

IT IS SO ORDERED.

Dated:    September 8, 2023

UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3