PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            Plaintiff,<br><br>     v.<br><br>OSCAR HERNANDEZ,<br><br>                            Defendant. | CASE NO.  1:19-CR-00183-ADA-BAM<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER<br><br>DATE: December 13, 2023<br>TIME: 1:30 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

On October 31, 2023, the Hon. Ana De Alba signed approved a Pretrial Diversion Agreement. In the Agreement, the government agreed to defer prosecution against the Defendant for a 12 month period, ending October 30, 2024, assuming certain conditions are met.  Accordingly, the parties request that the Court set a status conference in early November 2024.  If the conditions of the Pretrial Diversion Agreement have been met by that time, the United States will move to dismiss the case and vacate the status conference.

     IT IS SO STIPULATED.

Dated: December 11, 2023                                PHILLIP A. TALBERT
                                                         United States Attorney


                                                         /s/ JEFFREY A. SPIVAK
                                                         JEFFREY A. SPIVAK
                                                         Assistant United States Attorney

STIPULATION TO CONTINUE STATUS CONFERENCE                 1

Dated: December 11, 2023  /s/ Marc Days
Marc Days
Counsel for Defendant
OSCAR HERNANDEZ

**ORDER**

IT IS SO ORDERED. The status conference in this matter is continued from December 13, 2023 to **November 13, 2024 at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.

IT IS SO ORDERED.

Dated: **December 12, 2023**          /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE