PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00183-NODJ-BAM |
|---|---|
| Plaintiff, | MOTION TO DISMISS; ORDER |
| v. | |
| OSCAR HERNANDEZ, | |
| Defendant. | |

On October 31, 2023, the Hon. Ana De Alba signed approved a Pretrial Diversion Agreement in this matter. In the Agreement, the government agreed to defer prosecution against the Defendant for a 12 month period, ending October 30, 2024, assuming certain conditions are met. Those conditions have been met.

Accordingly, United States of America, by and through Phillip A. Talbert, United States Attorney, and Jeffrey A. Spivak, Assistant United States Attorney, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, moves to dismiss this case in the interest of justice without prejudice. The United States further requests that the Court vacate the November 13, 2024 status conference in this case, presently scheduled before the Hon. Barbara A. McAuliffe.

Dated:  November 6, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ JEFFREY A. SPIVAK
JEFFREY A. SPIVAK
Assistant United States Attorney

## ORDER

IT IS HEREBY ORDERED that this case is dismissed in the interest of justice without prejudice. All future dates in this case, including the November 13, 2024 status conference before the Hon. Barbara A. McAuliffe, are VACATED.

Date: November 7, 2024

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2